## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

**CRIMINAL COMPLAINT**

UNITED STATES OF AMERICA

v.

JAMES DAVID KIRCUS

**CASE NUMBER:**

**MAG 06   010**

I, Alicia Hanne, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about September 22, 2005, in Jefferson County, within the Northern District of Alabama, the defendant, James David Kircus, after having been previously convicted of a felony offense, did knowingly possess in and affecting commerce a firearm, that is, a 10 mm pistol and a 7.62 x 39 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the facts contained in the affidavit, which is attached hereto and incorporated by reference.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

JAN 20 2006                    at        Birmingham, Alabama
_____                   _____
Date                                      City and State

HON. PAUL W. GREENE
Chief United States Magistrate Judge      _____
Name and Title of Judicial Officer        Signature of Judicial Officer

## *AFFIDAVIT*

1. I, Alicia A. Hanne, being duly sworn, depose and state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives, Department of Justice, and have been so employed since July of 2000. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws and know that Title 18, United States Code, section; 922(g)1), prohibits any person who has been convicted of a felony to possess any firearm in or affecting commerce, purchase or receive any firearm which has been shipped or transported in interstate or foreign commerce.

2. On or about, September 22, 2005, the affiant initiated an investigation on James David KIRCUS after receiving information indicating that he is a felon in possession of firearms. This information was obtained by the affiant from various sources, to include law enforcement officials, court records and KIRCUS' relatives all of which are more specifically set out below:

3. In August of 2005, the affiant received various phone calls from KIRCUS' family members concerning KIRCUS having several firearms and making threats against a former girlfriend as well as his mother. An investigation was opened by the affiant and records were obtained to verify KIRCUS' criminal history.

4. On September 22, 2005, Centerpoint Fire Department and Jefferson County Sheriff's Department responded to a fire call at the residence of James KIRCUS. At the scene, the person that called the fire department was standing by and offered information to the fire fighters that he had seen guns and something that looked like an explosive device in the residence. The bomb squad was then ordered to the scene. While the fire was being put under control, KIRCUS was arrested for Disorderly Conduct after a patrolman attempted to restrain KIRCUS from running back into his burning house by placing him in his patrol car. KIRCUS began to hit his head repeatedly against the window of the patrol car. Upon KIRCUS' arrest, a consent search was obtained from Kathie Bates, KIRCUS' sister and co-owner of the residence. A search of the house was conducted and two firearms (10 millimeter *pistol* and a 7.62 x 39

AH

      rifle) were recovered from the basement.  Also in the basement, an explosive like substance, a homemade detonator, and a possible pipe bomb were recovered. All explosive evidence was collected and sent to the ATF lab for examination.

5    Based upon further examination, court records indicate that on September 6, 1985, KIRCUS was found guilty of Receiving Stolen Property, a 2nd degree felony, DC # 85 1074 in Jefferson County.  On the same date, KIRCUS was found guilty of Receiving Stolen Property, a 2nd degree felony, DC # 85 1075 in Jefferson County.  On December 11, 1987, KIRCUS was found guilty of Receiving Stolen Property, a 2nd degree felony, CC # 86 3446 in Jefferson County.  On May 7, 2001, KIRCUS was found guilty to Breaking and Entering a vehicle, CC # 00 1223 in Jefferson County.  In the Superior Court of the State of Georgia, KIRCUS was found guilty of Possession of a Firearm by a Convicted Felon, 2002SUCR162 and Aggravated Assault, Battery, and Cruelty to Children 2nd Degree, 2003SUCR353.

6.   On or about October 6, 2005, the affiant sought an opinion from ATF Special Agent Eric Hoxter, an Interstate Nexus Expert.  The affiant has known and worked with SA Hoxter for six years.  SA Hoxter conducted an examination on the firearms in question and based on his knowledge and training was able to discern and relate to the affiant that neither of the firearms were manufactured in the State of Alabama, thus affecting interstate commerce.

## CONCLUSION

Based upon the above information, I believe probable cause exists that JAMES KIRCUS is a convicted felon and did possess a firearm on September 22, 2005.

*[signature]*
Alicia A. Hanne
ATF Special Agent

*[signature]*
U.S.M.2
1/20/06